## STATE OF CONNECTICUT *v.* SALVATORE CARACOGLIA

The defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 98 (AC 22607), is denied.

*Darcy McGraw*, special public defender, in support of the petition.

Decided September 9, 2003

## STATE OF CONNECTICUT *v.* ROBERT HERSEY

The defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 141 (AC 22779), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Donald D. Dakers*, special public defender, in support of the petition.

*Julia K. Conlin*, deputy assistant state's attorney, in opposition.

Decided September 9, 2003

## JOHN AHERN ET AL. *v.* FUSS AND O'NEILL, INC., ET AL.

The petition by the plaintiff Somers Mill Associates, Inc., for certification for appeal from the Appellate Court, 78 Conn. App. 202 (AC 22850), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Hugh F. Keefe*, in support of the petition.

*David M. Sheridan*, in opposition.

Decided September 9, 2003